UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTIAN GUTIERREZ,

    Plaintiff,                                    Case No. 13-cv-12314
                                              Hon. Matthew F. Leitman

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

**<u>ORDER ADOPTING REPORT AND RECOMMENDATION (ECF #15), GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF #12), AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF #9)</u>**

On July 24, 2014, Magistrate Judge Michael Hluchaniuk issued a Report and Recommendation ("R&R") recommending that the Court deny Plaintiff Christian Gutierrez's Motion for Summary Judgment (ECF #9) and grant the Defendant Commissioner of Social Security's Motion for Summary Judgment (ECF #12). (*See* ECF #15.) The R&R stated that the parties could object to and seek review of the recommendation within fourteen days. (*See id.* at 22 Pg. ID 470.)

Neither party has objected to the R&R. Failure to file objections to the R&R waives any further right to appeal. *See Howard v. Sec'y of Health and Human Servs.,* 932 F.2d 505 (6th Cir.1991); *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir.1987). Likewise, the failure to object to

1

the Magistrate Judge's R&R releases the Court from its duty to independently review the matter. *See Thomas v. Arn,* 474 U.S. 140, 149 (1985). The Court has nevertheless reviewed the R&R and agrees with the findings and conclusions of the Magistrate Judge.

Therefore, **IT IS HEREBY ORDERED** that the Magistrate Judge's July 24, 2014, R&R (ECF #15) is **ADOPTED** as the Opinion of this Court. **IT IS FURTHER ORDERED**, for the reasons stated in the R&R, that Plaintiff's September 15, 2013 Motion for Summary Judgment (ECF #9) is **DENIED**, and that Defendant's January 30, 2014, Motion for Summary Judgment (ECF #12) is **GRANTED**.

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: August 13, 2014

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 13, 2014, by electronic means and/or ordinary mail.

                                              s/Holly A. Monda
                                              Case Manager
                                              (313) 234-5113